**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CHRIS DOOP,

      Plaintiff,

v.

STEVEN B. WOLFSON, et al.,

      Defendants.

Case No.: 2:22-cv-00482-JAD-NJK

**ORDER**

[Docket No. 14]

Plaintiff, who is detained at Clark County Detention Center, is proceeding in this action *pro se*. The Court granted Plaintiff's application to proceed *in forma pauperis* and dismissed his complaint with leave to amend by June 2, 2022. Docket No. 9. Plaintiff now asks the Court to extend the deadline to amend his complaint by 90 days. Docket No. 14. The Court finds good cause for an extension, but not to the extent requested by Plaintiff. Accordingly, the Court **GRANTS** Plaintiff's request in part. The deadline for Plaintiff to file an amended complaint is **EXTENDED** by sixty days to **August 1, 2022**.[1]

IT IS SO ORDERED.

Dated: May 4, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] To the extent Plaintiff also seeks an order from the Court compelling action from an institution where he is being detained, the Court **DENIES** Plaintiff's request. Even construing his pleading liberally as the Court is required to do for *pro se* filings, *see Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013), no facts or authority exist to support the issuance of such an order at this time.

1