UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHRIS DOOP,

    Plaintiff,

v.

STEVEN B. WOLFSON, et al.,

    Defendant(s).

Case No. 2:22-cv-00482-JAD-NJK

**Order**

[Docket No. 21]

On July 19, 2022, the undersigned issued a report and recommendation, which is still pending, recommending that claims one through five of Plaintiff's complaint be stayed pending resolution of his state criminal case, and that claim six of Plaintiff's complaint be dismissed. Docket No. 20. Plaintiff has since filed a motion for an order to deliver legal mail. Docket No. 21. The resolution of the report and recommendation, however, may eliminate the need for Plaintiff to litigate his case in this Court until his state court case is resolved.

Accordingly, Plaintiffs' motion for an order to comply/deliver legal mail is **DENIED** without prejudice. Docket No. 21. In the event the report and recommendation is not adopted in full, Plaintiff may refile his motion.

IT IS SO ORDERED.

Dated: September 20, 2022

                                                               Nancy J. Koppe
                                                              United States Magistrate Judge